UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE MAURICE,<br><br>                              Plaintiff,<br><br>        -against-<br><br>BEYONCE GISELLE KNOWLES-CARTER;<br>BGK TRADEMARK HOLDINGS LLC;<br>META PLATFORMS INC.; GOOGLE LLC;<br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE,<br><br>                              Defendants. | 23-CV-0035 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons set forth in the Court's March 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 9, 2023
         New York, New York

                                                            /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                          Chief United States District Judge